UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>CHRISTINE L. HIMES<br><br>Debtor | Chapter 13<br>Case No. 25-10773-AMC |
| BRIDGECREST ACCEPTANCE CORPORATION<br><br>Movant<br><br>v.<br><br>CHRISTINE L. HIMES<br>(Debtor)<br><br>JAMIE MARIE ZARZYCKI<br>(Co-Debtor)<br><br>KENNETH E. WEST<br>(Trustee)<br><br>Respondents | |

**ORDER**

And Now, it is hereby ORDERED that the Stipulation between the parties is approved.

BY THE COURT,

Date: Sept. 2, 2026

Honorable Ashely M. Chan
U.S. Chief Bankruptcy Judge